

**FILED**
MAY - 3 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN D. WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civ. No. 20-3610 (UNA) |
| | ) |
| LOUIS DeJOY, Postmaster General, | ) |
| | ) |
| Defendant. | ) |

**ORDER DENYING *IN FORMA PAUPERIS* REQUEST**

This matter is before the Court on plaintiff's application to proceed *in forma pauperis*. A party instituting a civil action is required to pay the applicable filing fee unless the Court grants *in forma pauperis* status. *See* 28 U.S.C. §§ 1914, 1915. Whether to permit or deny an application to proceed *in forma pauperis* is within the sound discretion of the Court. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir.), *cert. denied*, 488 U.S. 941 (1988); *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.), *cert. denied*, 375 U.S. 845 (1963). "[C]ourts will generally look to whether the person is employed, the person's annual salary, and any other property or assets the person may possess." *Schneller v. Prospect Park Nursing and Rehab. Ctr.*, No. 06-545, 2006 WL 1030284, at *1 (E.D. Pa. Apr. 18, 2006), *appeal dismissed*, 2006 WL 3038596 (3d Cir. Oct. 26, 2006). An individual need not "be absolutely destitute to enjoy the benefit of the *in forma pauperis* statute," *McKelton v. Bruno*, 428 F.2d 718, 719 (D.C. Cir. 1970) (quoting *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). However, a party should demonstrate that, because of poverty, he cannot "pay or give security for the costs . . . and still be able to provide [for] the necessities of life." *Id*. at 719-20 (internal quotation marks omitted).

1

Plaintiff is employed currently, reports an annual gross income of approximately $71,100, and has $800 in cash or bank account. He lists no extraordinary debt or financial obligations, and he has no dependents. Based on the information provided, this plaintiff does not make the requisite showing to proceed *in forma pauperis*.

Accordingly, it is

ORDERED that plaintiff's application to proceed *in forma pauperis* [2] is DENIED; and it is

FURTHER ORDERED that the plaintiff shall pay the $402 filing fee within 30 days of entry of this Order. If the plaintiff does not comply with the Order, the Court will dismiss this civil action without prejudice.

SO ORDERED.

/s/
TIMOTHY J. KELLY
United States District Judge

DATE: May 3, 2021